36 So.2d 606

**C. L. CADDELL v. Carl C. GATES.**

6 Div. 686.

Supreme Court of Alabama.

May 25, 1948.

PER CURIAM.

Appeal dismissed, motion of appellant.

36 So.2d 606

**S. R. CHAPPELL et al. v. DOTHAN BANK & TRUST CO., Ex'r., et al.**

4 Div. 516.

Supreme Court of Alabama.

July 30, 1948.

Jones & Macon, of Wetumpka, and J. Hubert Farmer, of Dothan, for appellants.

T. E. Buntin and S. P. Poyner, both of Dothan, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellants.

36 So.2d 606

**S. R. CHAPPELL et al. v. DOTHAN BANK & TRUST CO., Ex'r., et al.**

4 Div. 515.

Supreme Court of Alabama.

July 26, 1948.

Jones & Macon, of Wetumpka, and J. Hubert Farmer, of Dothan, for appellants.

T. E. Buntin and S. P. Poyner, both of Dothan, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellants.

38 So.2d 192

**CITY BOARD OF EDUCATION et al. v. STATE ex rel. Lillian BURGESS.**

6 Div. 782.

Supreme Court of Alabama.

Oct. 4, 1948.

Finis E. St. John, of Cullman, for appellants.

H. F. Mitchell, of Cullman, for appellee.

PER CURIAM.

Appeal dismissed, motion for appellants.

38 So.2d 192

**Mary Lillian CRESON v. Joe HULL et al.**

3 Div. 526.

Supreme Court of Alabama.

Dec. 20, 1948.

PER CURIAM.

Appeal dismissed, motion of appellant.

6

38 So.2d 192

**Ex parte William C. EVANS.**

8 Div. 443.

Supreme Court of Alabama.

Oct. 28, 1948.

Douglas C. Martinson, of Huntsville, for petitioner.

PER CURIAM.

Petition dismissed.